IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | CONSOLIDATED UNDER MDL 875 |
| WILLIAM AND MARLENE SEIGFRIED, Plaintiff | |
| v. | CIVIL ACTION NO. 09-69322 09-66150 |
| ALLEGHENY LUDLUM CORP., ET AL., Defendants. | Transferred from the Western District of Pennsylvania |

FILED
DEC - 6 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

**AND NOW,** this **2nd** day of **December 2010** it is hereby **ORDERED** that the Report and Recommendation issued by Chief Magistrate Judge Thomas J. Rueter (doc. no. 211) issued on October 22, 2010 is **ADOPTED**.[1]

It is further **ORDERED** that Defendants' Motions for Summary Judgments listed in Exhibit "A," attached are **DENIED.**

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

## Exhibit A

| | | |
|---|---|---|
| **42** | MOTION for Summary Judgment *Brief in Support and Order*<br>Motion filed: 09/29/2009<br>Filed by: SEALITE, INC. | Response filed: 07/12/2010<br>Reply filed: 08/12/2010 |
| **43** | MOTION for Summary Judgment *and Brief in Support*<br>Motion filed: 09/30/2009<br>Filed by: ALLIED GROVE CORPORATION | Response filed: 07/12/2010<br>Reply filed: 08/12/2010 |
| **45** | MOTION for Summary Judgment *Brief in Support and Proposed Order*<br>Motion filed: 09/30/2009<br>Filed by: OGLEBAY-NORTON COMPANY | Response filed: 07/12/2010<br>Reply filed: 08/12/2010 |
| **133** | MOTION for Summary Judgment<br>Motion filed: 04/09/2010<br>Filed by: HONEYWELL, INC. | Response filed: 07/12/2010 |
| **146** | MOTION for Summary Judgment *and Brief in Support*<br>Motion filed: 06/10/2010<br>Filed by: DEZURIK, INC. | Response filed: 07/12/2010<br>Reply filed: 07/27/2010 |
| **147** | MOTION for Summary Judgment<br>Motion filed: 06/10/2010<br>Filed by: DRAVO CORPORATION | Response filed: 07/12/2010<br>Reply filed: 08/12/2010 |
| **153** | MOTION for Summary Judgment<br>Motion filed: 06/10/2010<br>Filed by: GOULDS PUMPS, INC. | Response filed: 07/12/2010 |
| **157** | MOTION for Summary Judgment *for Lack of Product Identification*<br>Motion filed: 06/10/2010<br>Filed by: GENERAL ELECTRIC COMPANY | Response filed: 07/12/2010<br>Reply filed: 08/12/2010 |
| **160** | MOTION for Summary Judgment<br>Motion filed: 06/10/2010<br>Filed by: CBS CORPORATION | Response filed: 07/12/2010<br>Reply filed: 08/11/2010 |