IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | CONSOLIDATED UNDER MDL 875 |
| WILLIAM AND MARLENE SEIGFRIED, Plaintiff | |
| v. | CIVIL ACTION NO. 09-66150 |
| ALLEGHENY LUDLUM CORP., ET AL., Defendants. | Transferred from the Western District of Pennsylvania |

FILED
DEC - 7 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## A M E N D E D   O R D E R

**AND NOW**, this **6th** day of **December 2010** it is hereby **ORDERED** that the Report and Recommendation issued by Chief Magistrate Judge Thomas J. Rueter (doc. no. 211) issued on October 22, 2010 is **ADOPTED**.[1]

It is further **ORDERED** that Defendants' Motions for Summary Judgments listed in Exhibit "A," attached are **GRANTED**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

## Exhibit A

| | |
|---|---|
| **42** MOTION for Summary Judgment *Brief in Support and Order*<br>*Motion filed:* 09/29/2009<br>*Filed by:* SEALITE, INC. | *Response filed:* 07/12/2010<br>*Reply filed:* 08/12/2010 |
| **43** MOTION for Summary Judgment *and Brief in Support*<br>*Motion filed:* 09/30/2009<br>*Filed by:* ALLIED GROVE CORPORATION | *Response filed:* 07/12/2010<br>*Reply filed:* 08/12/2010 |
| **45** MOTION for Summary Judgment *Brief in Support and Proposed Order*<br>*Motion filed:* 09/30/2009<br>*Filed by:* OGLEBAY-NORTON COMPANY | *Response filed:* 07/12/2010<br>*Reply filed:* 08/12/2010 |
| **133** MOTION for Summary Judgment<br>*Motion filed:* 04/09/2010<br>*Filed by:* HONEYWELL, INC. | *Response filed:* 07/12/2010 |
| **146** MOTION for Summary Judgment *and Brief in Support*<br>*Motion filed:* 06/10/2010<br>*Filed by:* DEZURIK, INC. | *Response filed:* 07/12/2010<br>*Reply filed:* 07/27/2010 |
| **147** MOTION for Summary Judgment<br>*Motion filed:* 06/10/2010<br>*Filed by:* DRAVO CORPORATION | *Response filed:* 07/12/2010<br>*Reply filed:* 08/12/2010 |
| **153** MOTION for Summary Judgment<br>*Motion filed:* 06/10/2010<br>*Filed by:* GOULDS PUMPS, INC. | *Response filed:* 07/12/2010 |
| **157** MOTION for Summary Judgment *for Lack of Product Identification*<br>*Motion filed:* 06/10/2010<br>*Filed by:* GENERAL ELECTRIC COMPANY | *Response filed:* 07/12/2010<br>*Reply filed:* 08/12/2010 |
| **160** MOTION for Summary Judgment<br>*Motion filed:* 06/10/2010<br>*Filed by:* CBS CORPORATION | *Response filed:* 07/12/2010<br>*Reply filed:* 08/11/2010 |